**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| LM | CIVIL ACTION NO. 15-2524 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NEUSTROM, ET AL | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Lafayette City-Parish Consolidated Government's Motion to Dismiss (Record Document 119) is **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 1st day of August, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT